# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2021 KW 0977

VERSUS

KRYSTAL COLE                                            **OCTOBER 5, 2021**

---

In Re:     Krystal Cole, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           593,856.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

                          **VGW**
                          **AHP**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT